IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02115-GPG

MICHAEL A. COLLINS,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS INC.,
MEDICREDIT INC.,
TRANS UNION, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC., and
EQUIFAX INFORMATION SERVICES LLC, Individually,

    Defendants.

## ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to District Judge R. Brooke Jackson and Magistrate Judge Nina Y. Wang. *See* D.C.COLO.LCivR 40.1(c)(1). Accordingly, it is

ORDERED that this case shall be assigned to District Judge R. Brooke Jackson and Magistrate Judge Nina Y. Wang.

DATED September 25, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher

United States Magistrate Judge