IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Judge R. Brooke Jackson

Civil Action No 15-cv-2115-RBJ-NYW

MICHAEL A. COLLINS,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC., and

MEDICREDIT, INC.,

    Defendants.

---

# VERDICT

---

We, the jury, unanimously answer the questions of the Court as follows:

1. Has the plaintiff, Michael A. Collins, proved his claim against defendant Diversified Consultants, Inc., for violation of 15 U.S.C. § 1692g(a) of the Fair Debt Collection Practices Act by a preponderance of the evidence?

    Answer: Yes __X__ or No _____

**If your answer to question 1 was "No," please skip to question 5. If your answer to question 1 was "Yes," please answer question 2.**

2. Has defendant Diversified Consultants, Inc. proved its affirmative defense of a bona fide error by a preponderance of the evidence?

    Answer: Yes __X__ or No _____

1

**If your answer to question 2 was "Yes," please skip to question 5. If your answer to question 2 was no, then please answer questions 3 and 4.**

3. What amount of "actual damages," if any, has plaintiff proved were caused by Diversified Consultants, Inc.?

Answer: $_____

4. What amount of "statutory damages" (not to exceed $1000), if any, has plaintiff proved were caused by Diversified Consultants, Inc.?

Answer: $_____

5. Has the plaintiff, Michael A. Collins, proved his claim against defendant Medicredit, Inc. for violation of 15 U.S.C. § 1692e of the Fair Debt Collection Practices Act by a preponderance of the evidence?

Answer: Yes _____ or No __X__

**If your answer to question 5 was "No," please skip the remaining questions and sign the verdict. If your answer to question 5 was "Yes," please answer question 6.**

6. Has defendant Medicredit, Inc. proved its affirmative defense of a bona fide error by a preponderance of the evidence?

Answer: Yes _____ or No _____

**If your answer to question 6 was "Yes," please skip the remaining questions and sign the verdict. If your answer to question 6 was no, then please answer questions 7 and 8.**

7. What amount of "actual damages," if any, has plaintiff proved were caused by Medicredit, Inc.?

Answer: $_____

8. What amount of "statutory damages" (not to exceed $1000), if any, has plaintiff proved were caused by Medicredit, Inc.?

Answer: $_____

Dated this \_\_11 7¼\_\_ day of October, 2017

[JUROR NAMES REDACTED]